1  Breck E. Milde, Esq. (Bar No. 122437)
   TERRA LAW LLP
2  60 South Market Street, Suite 200
   San Jose, California 95113
3  (408) 299-1200
4  (408) 998-4895 (fax)

5  Attorneys for Defendant and Cross-Claimant
   Heritage Bank of Commerce
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION        *E-FILED - 10/6/05*

11 | CHANCE WORLD TRADING E.C.,        | Case No. C03-05474 RMW
12 | Kingdom of Bahrain                |
                                       | [PROPOSED] ORDER PURSUANT TO
13 |          Plaintiff,               | STIPULATION RE SETTING OF
                                       | HEARING ON MOTION FOR
14 | vs.                               | SUMMARY JUDGMENT

15 | HERITAGE BANK OF COMMERCE, a
   | California corporation, Does 1 through 10,
16 | inclusive,

17 |          Defendants.

18 | HERITAGE BANK OF COMMERCE, a
   | California corporation,
19
20 |          Cross-claimant,

21 | vs.

22 | RANI YADAV-RANJAN, RAJEEV
   | SAWHNEY, POONAM SAWHNEY,
23 | CONSTRUCTION NAVIGATOR, INC. and
   | ROES 1 through 10, inclusive,
24
              Cross-defendants.
25

26

27

28
   1138692                             1

1  Pursuant to the stipulation of defendant and cross-claimant, Heritage Bank of
2  Commerce, a California Corporation ("Heritage"), and plaintiff Chance World Trading E.C.,
3  Kingdom of Bahrain ("Chance World"), by and through their counsel, regarding setting of
4  hearing on motion for summary judgment,
5  IT IS HERBY ORDERED that Heritage's motion for summary judgment against
6  Chance World may be heard on October 14, 2005.
7  Dated: 10/6/05

8  /S/ RONALD M. WHYTE
   United States District Judge

1138692                                              2

[PROPOSED] ORDER PURSUANT TO STIPULATION RE:SETTING
OF HEARING ON MOTION FOR SUMMARY JUDGEMENT